Name Kimberley A Schembri
Street Address 1000 W 6th St Ste U
City and County Pueblo Pueblo
State and Zip Code Colorado 81003
Telephone Number 719 553 8464

United States Postal Service
General delivery
Kimberley A Schembri
Pueblo Co 81003

**FILED**

**JAN 30 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Kimberley A Schembri
KSchembri05@gmail.com
719 553 8464

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

FBI headquarters Federal Bureau of Investigation Federal government office in Washington DC

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

935 Pennsylvania Ave NW
Washington DC 20535
202 324 3000 located between
9th and 10th streets in northwest
Washington DC

**Complaint for a Civil Case**

Case No. 2:23-CV-00183 DAD JDP (PS)
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kimberley A Schembri
Street Address: 1000 W 6th St Ste U In the midtown Shopping Center United States Postal Service
City and County: Pueblo
State and Zip Code: Colorado 81003
Telephone Number: 719 553 8464

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

999 Trillion x 20
600 Billion x 20

Defendant No. 1

Name: US Marshals headquarters
Job or Title (if known): Corporate office Federal agency
Street Address: 1215 S Clark St
City and County: Arlington, VA Arlington County
State and Zip Code: VA 22202
Telephone Number: 202 307 9100

999 Trillion x 20
600 Billion x 20

Defendant No. 2

Name: DEA drug Enforcement Administration
Job or Title (if known): federal agency
Street Address: 8701 Morrissette Drive
City and County: Springfield VA 22152
State and Zip Code: VA 22152
Telephone Number: 202 307 1000

2

999 Trillion x 20
600 Billion x 20

Defendant No. 3

Name: DOJ US department of Justice
Job or Title (if known): Federal agency
Street Address: 950 Pennsylvania Ave, NW
City and County: Washington DC 20530
State and Zip Code: Washington DC 20530
Telephone Number: 202 514 2000

999 Billion x 20
999 Trillion x 20

Defendant No. 4

Name: NASA federal government
Job or Title (if known): Office in Washington DC Federal agency
Street Address: 300 E St SW
City and County: Washington DC
State and Zip Code: Washington DC 20546
Telephone Number: 202 358 0000

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

All four defendants are federal agencies

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I'm entitled to the money damages because I have spent all my time day & night literally on the phone & internet trying to get help to reunite my husband & myself every angle I have tried at this point I no longer have his phone number I think he's in Redding I leave messages every day at the good news Rescue Mission in Redding hoping my next step is to get a car and go see for myself each defendant at one point or another I called accused the website for help, and I usually do this more than once I really love my husband and money will make our lives real & I deserve the dollar amounts

Please your honor can you asked all the defendants to do prepaid Visa cards I done want to send a card with nothing on it but I do want to give both my children & parents a gift so 500,000 thousand dollars is the one thing I will take in check form please make it payable to Kemberley A Schembri and the gift cards 5 to 7 business days

999 trillion 600 billion for each federal lawsuit agency and I will also inform eachone that the courthouse will be calling them & telling them yes indeed I won & yes indeed they are to pay the money damages in prepaid Visa gift cards Sent to United States Postal Service general delivery Kemberley Schembri 1000 W 6th St Pueblo Co 81003 & Big Bubble Envelops with State Sealed well dont over stuff & the NASA defendent can you please have a check for 1 million dollars made payable to Kimberley A Schembri & mailed in Envelope to same address

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*999 trillion each defendant*
*600 Billion each defendant &*
*the Sharium 911 until its bankrupt because*
*that what u told them.*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Jan 23*, 20*23*

Signature of Plaintiff: *Kimberley A Schembri*
Printed Name of Plaintiff: *Kimberley A Schembri*

Above each defendant is the dollar amount and x how many times and I will notify them all right now on Twitter exactly what they owe and they have 3-5 business days after you notify them that yes indeed they owe that amount of money if then they go any of them to day 6 then their number quadruples day 7 quadruples again hopefully this will be all it takes to get them to get it together But I will give them dates to look for all the phone #'s are there I will call them too!

Me 719 553 8464

# PRO SE PACKAGE

# A SIMPLE GUIDE TO FILING A CIVIL ACTION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Office of the Clerk of Court

501 "I" Street
Suite 4-200
Sacramento, CA 95814-2322
(916) 930-4000

2500 Tulare Street
Suite 1501
Fresno, CA 93721-2201
(559) 499-5600

Office Hours are 9:00 to 4:00 p.m., Monday through Friday

revised 01/2016

1) Pain & Suffering    Jan 26 2023
2) Emotional distress   20) Missing my husband
3) Mental anguish              so much
4) Punitive damages
5) Breach of duty of Care
6) Anxiety
7) Panic attacks            9.99 trillion
                            600 Billion
8) Depression
                        Prepaid VISA gift
9) Loneliness           Cards in Lg Bubble
                        envelopes Sealed well
                        Labled with the address
10) Crying often        I provided please make
                        sere gelling fees a Serving
                        fee's are waived right now
11) Bad dreams          I only have 198.08 & I
                        am homeless but not guilt
12) Spend a lot of time Searching for my husband
                        the military will
13) Anger               come through for me
                        today I'm going to go
14) Frustration         to the VA Clinic Right
                        now
15) hopelessness

16) Hope

17) feelings of overwhelming love from God

18) Know that the federal agencies read my
    online tips Twitter notifications to them
    phone calls leaving messages

19) None of the federal agencies dispute the
    lawsuit or the dollar amounts & I made sure

all of them know exactly what I sent into you

❏ Simplified Procedures does not apply if another party has previously indicated in a Civil Case Cover Sheet that the Simplified Procedure under C.R.C.P 16.1 does not apply to your case.

### Step 3:    Complete Item 3.   (Optional)

❏ You can request a jury trial and pay the requisite fee at this time. If you check this box, your filing fee must include the jury demand fee. Please refer to C.R.C.P. 38 for your right to request a jury trial and waiving the right to a jury trial.

❏ If you are making a jury demand pursuant to §38-1-106, C.R.S., a jury demand fee is not required for a jury of six freeholders. However, if you are requesting a jury of freeholders in excess of six (including alternates) an advance deposit of $50.00 per extra juror for one day of service is required. For example, if you demand a jury of 12, an advance deposit of $300.00 ($50.00 x 6) is required.

### Step 4:    Sign and Date Civil Case Cover Sheet.

❏ The party or the Attorney, if applicable, must date and sign the Civil Case Cover Sheet.