1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KIMBERLEY A. SCHEMBRI,              Case No. 2:23-cv-00183-DAD-JDP (PS)

12                 Plaintiff,             **ORDER TO SHOW CAUSE**

13        v.                             RESPONSE DUE WITHIN FOURTEEN
                                         DAYS
14    FBI HEADQUARTERS, *et al.*,

15                 Defendants.

16

17        On May 23, 2023, the court screened plaintiff's complaint, notified her that it failed to

18   state a claim, and granted her thirty days to file an amended complaint. ECF No. 5. To date,

19   plaintiff has not filed an amended complaint.

20        To manage its docket effectively, the court imposes deadlines on litigants and requires

21   litigants to meet those deadlines. The court may impose sanctions, including dismissing a case,

22   for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110;

23   *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v.*

24   *King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a

25   district court has a duty to administer justice expeditiously and avoid needless burden for the

26   parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

27        The court will give plaintiff an opportunity to explain why this case should not be

28   dismissed for failure to file an amended complaint. Plaintiff's failure to respond to this order will

                                         1

constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute and failure to state a claim.  Should plaintiff wish to continue with this lawsuit, she shall file, within fourteen days, an amended complaint.

IT IS SO ORDERED.


Dated:    December 26, 2023                          _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE