UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY A. SCHEMBRI, <br><br> Plaintiff, <br><br> v. <br><br> FBI HEADQUARTERS, et al., <br><br> Defendants. | No. 2:23-cv-00183-DAD-JDP (PS) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER <br><br> (Doc. No. 8) |

Plaintiff Kimberley Schembri is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and comply with a court order. (Doc. No. 8.) In particular, on May 23, 2023, the magistrate judge screened plaintiff's complaint, notified her that it failed to state a claim, and granted her thirty (30) days to file an amended complaint. (Doc. No. 5.) However, plaintiff did not file an amended complaint. Accordingly, on December 26, 2023, the magistrate judge ordered plaintiff to show cause within fourteen (14) days why this action should not be dismissed and warned her that failure to comply with the order would result in a recommendation

1

that this action be dismissed. (Doc. No. 7.)[1] The deadline passed and, to date, plaintiff has not filed an amended complaint or otherwise responded to the order to show cause. Accordingly, the pending findings and recommendations were issued and served on plaintiff, and they contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 8 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 7, 2024 (Doc. No. 8) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and comply with a court order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 22, 2024**

　　　　　　　　　　　　　　　　*/s/ Dale A. Drozd*
　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] On June 27, 2023, the service copy of the May 23, 2023 order was returned to court marked as "Undeliverable, Vacant," and on February 5, 2024, the service copy of the order to show cause was returned to the court marked as "Undeliverable-Unclaimed." It is plaintiff's responsibility to always keep the court apprised of her current address. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Thus, plaintiff was properly served.

2